1  Mark H. Plager (SBN 192259)
2  mark@plagerschack.com
   Michael L. Schack (SBN
3  michaels@plagerschack.com
   PLAGER SCHACK, LLP
4  16152 Beach Boulevard, Suite 207
5  Huntington Beach, CA 92647
   Phone: (714) 698-0601
6  Fax:    (714) 698-0608
7
8  Counsel for Plaintiff
   TRIGLAV-EDELVAIS USA LLC
9

**UNITED STATES DISTRICT COURT FOR THE**

**DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| TRIGLAV-EDELVAIS USA LLC, a New Jersey limited liability company, | ) Case No.:  **2:22-cv-08362** |
| | ) |
| Plaintiff, | ) **COMPLAINT AND JURY DEMAND** |
| vs. | ) |
| VIRGIN SCENT INC dba ART NATURALS, a California corporation, | ) |
| | ) |
| Defendant. | ) |

Plaintiff TRIGLAV-EDELVAIS USA LLC ("Plaintiff or "Triglav"), complains for causes of action against Defendants, VIRGIN SCENT INC. d/b/a ART NATURALS, a California corporation, and alleges as follows:

1.    Plaintiff TRIGLAV-EDELVAIS USA LLC is, and at all times herein mentioned was and is, a limited liability company organized under the laws of the State of New Jersey with its principal place of business in New Jersey.

2.    All of Plaintiff's members are all residents of the State of New Jersey.

/ / /

3.     Plaintiff is informed and believes, and thereon alleges, that Defendant VIRGIN SCENT INC., dba ART NATURALS ("Defendant" or "Art Naturals"), and at all times herein mentioned was and is a corporation organized under the laws of the State of California, with its principle place of business in the County of Los Angeles.

## JURISDCTION

4.     This Court has diversity jurisdiction over this action pursuant to Section 1332 of Title 28 of the United States Code, as this Complaint involves a civil action between citizens of different states, and the amount in controversy exceeds $75,000.

5.     Venue is proper in this Court pursuant to Section 1381 of Title 28 of the United States Code because the agreement referenced herein was entered into and a substantial number of the events, representations and omissions giving rise to this Complaint occurred in this judicial district.

## GENERAL ALLEGATIONS

6.     In April 2022, Defendant contacted Plaintiff and inquired into the procurement and purchase of essential oils. During these discussions, Plaintiff expressly conveyed to Defendant that Plaintiff would procure products for Defendant based upon Defendant's request.

7.     On or about April 11, 2022, Defendant placed an order for essential oils from Plaintiff totaling $202,704.00 with delivery to Defendant's warehouse located in Bakersfield, California.  A true and correct copy of Purchase Order, No. PO04800, is attached hereto as **Exhibit A**.

8.     On or about April 25, 2022, pursuant to **Exhibit A**, Plaintiff's essential oils were delivered to Defendant's warehouse located in Bakersfield, California address and accompanied by signed delivery receipts.  True and correct copies of the Delivery Receipts are attached hereto as **Exhibits B and C**.

/ / /

9.    Defendant accepted Plaintiff's delivery of the essential oils without any objection or notice of defect.

10.    To date, Defendant has failed to pay Plaintiff for the essential oils.

11.    On or about June 17, 2022, Defendant issued check No. 7435 in the amount of $198,736.00 as partial payment for Invoice No. PO04800.

12.    On or about June 23, 2022, Defendant's check No. 7435 was returned by Plaintiff's financial institution for insufficient funds.

13.    Between June 23, 2022 and September 9, 2022, Plaintiff engaged in multiple verbal and written communications with Defendant seeking payment of Invoice No. PO04800, and compensation for the declined check.

14.    On or about September 9, 2022, pursuant to California Civil Code § 1719, a written demand for payment of: Invoice No. PO04800; bank fees associated with the declined check; and postage associated with the certified mailing of demand letter was sent to Virgin Scent, Inc. dba Art Naturals at their Torrance location.  A true and correct copy of the September 9, 2022 Demand Letter is attached hereto as **Exhibit D**.  According to United States Postal records this certified demand was delivered to Defendant on September 12, 2022 at 11:20 a.m. A true and correct copy of the United States Postal Services tracking records obtain from www.usps.gov is attached hereto as **Exhibit E**.

15.    To date, Defendant has not (a) paid (i) Invoice No. PO04800, (ii) Plaintiff's bank charges for the decline check, or (iii) postage expense associated with its September 9, 2022 demand for payment pursuant to Section 1719 of the California Civil Code, or (b) responded to Plaintiff's September 9, 2022 demand letter.

## FIRST CAUSE OF ACTION
### BREACH OF CONTRACT

16.    Plaintiff repeats and realleges herein the allegations of the prior paragraphs as though the same was set forth here and again at this point.

---

COMPLAINT AND JURY DEMAND

-3-

17.     Despite numerous requests and demands, Defendant has failed and continues to fail to tender further payments for the essential oils delivered to and received by Defendant.

18.     Defendant owes to Plaintiff monies in the amount of no less than $202,704.00.

19.     Defendant has and continues to refuse to perform their obligations pursuant to Purchase Order No. PO04800.

20.     Plaintiff has performed all conditions, covenants and promises required to be performed on its part in accordance with the terms and conditions of Purchase Order No. PO04800.

21.     As a result of the breach described above, no less than $202,704.00 is due and payable to Plaintiff from Defendant, together with interest at the legal rate of interest.

22.     Plaintiff also seeks recovery of its attorneys' fees and costs expended in connection with Defendants' breach of contract to the extent permitted by law.

## SECOND CAUSE OF ACTION

### QUANTUM MERUIT

23.     Plaintiff repeats and realleges herein the allegations of the prior paragraphs as though the same was set forth here and again at this point.

24.     At Defendant's express request and for the direct benefit of Defendant, Plaintiff tendered $202,704.00 of essential oils to Defendant, for which no monies have been paid.

25.     Thus, Defendant became indebted to Plaintiff for goods delivered and rendered at the special insistence and request of Defendant and for which Defendant promised to pay Plaintiff.

26.     The reasonable value of the goods requested and received by Defendant that is unpaid is at least $202,704.00.

/ / /

27.     After the procurement and delivery of the essential oils to Defendant, Plaintiff has made numerous demands to Defendant for payment.

28.     Despite Plaintiff's plenary demands, Defendant has failed and refused, and continues to fail and refuse, to pay for the essential oils rendered and delivered.

29.     As a direct and proximate result of Defendant's actions, at least $202,704.00 is due, owing, and unpaid despite Plaintiff's demands.

30.     As a result of such conduct described above, no less than $202,704.00 is due and payable to Plaintiff from Defendant, together with interest at the legal rate of interest.

31.     Plaintiff also seeks recovery of its attorneys' fees and costs expended in connection with Defendant's failure to pay to Plaintiff the amount owed.

## **THIRD CAUSE OF ACTION**

### **GOODS AND SERVICES SOLD AND DELIVERED**

32.     Plaintiff repeats and realleges herein the allegations of the prior paragraphs as though the same was set forth here and again at this point.

33.     At Defendant's express request and for the direct benefit of Defendants, Plaintiff tendered $202,704.00 of oil essentials to Defendant which remains unpaid.

34.     A total of $202,704.00 of oil essentials were delivered by Plaintiff and accepted by Defendants.

35.     After the procurement and delivery of the oil essentials to Defendant, Plaintiff has made numerous demands to Defendant for payment.

36.     Despite Plaintiff's demands for payment, Defendant has failed and refused, and continues to fail and refuse, to pay for the oil essentials rendered and delivered. The reasonable value of the goods requested and received by Defendant that is unpaid is at least $202,704.00.

/ / /

---

COMPLAINT AND JURY DEMAND

1

## FOURTH CAUSE OF ACTION
## PROMISSORY ESTOPPEL

2

3       37.     Plaintiff repeats and realleges herein the allegations of the prior

4   paragraphs as though the same was set forth here and again at this point.

5       38.     In April 2022, Defendant contacted Plaintiff and inquired into the

6   procurement and purchase of the essentials oils. During these discussions,

7   Plaintiff expressly conveyed to Defendant that Plaintiff would procure specially

8   produced products for Defendant based upon Defendant's request.

9       39.     On or about April 11, 2022, Defendant placed an order for essential

10  oils from Plaintiff totaling $202,704.00 with delivery to Defendant's warehouse in

11  Bakersfield, California address.  A true and correct copy of the Purchase Order,

12  No. PO04800, is attached hereto as **Exhibit A**.

13      40.     On or about April 25, 2022, pursuant to **Exhibit A**, Plaintiff's

14  essential oils were delivered to Defendant's Torrance, California address,

15  accompanied by delivery slips.  True and correct copies of the signed Delivery

16  Slips are attached hereto as **Exhibits B and C**.

17      41.     Defendant accepted Plaintiff's delivery of the essential oils without

18  any objection, or notice of defect.

19      42.     Pursuant to the Purchase Order No. PO04800, Defendant agreed to

20  purchase the essential oils from Plaintiff at a cost of $202,704.00.

21      43.     In reliance upon Defendant's promise, Plaintiff specifically procured

22  the essential oils.

23      44.     Defendant knew or should have known based upon Defendant's

24  promises Plaintiff would be reasonably induced to rely upon Defendant's

25  promises to procure, ship and deliver the essential oils.

26      45.     Plaintiff did reasonably and detrimentally rely upon Defendant's

27  promises.

28  / / /

46.     As a result of such reasonable reliance, on or about April 25, 2022, pursuant to **Exhibit A**, Plaintiff's essential oils were delivered to Defendant's warehouse in Bakersfield, California and accompanied with Delivery Slips.

47.     As a proximate result of Defendant's failure to perform in accordance with their promises made to Plaintiff, Plaintiff has been damaged in an amount no less than $202,704.00.

## FIFTH CAUSE OF ACTION

### VIOLATION OF CALIFORNIA CIVIL CODE § 1719

48.     Plaintiff repeats and realleges herein the allegations of the prior paragraphs as though the same was set forth here and again at this point.

49.     On or about April 11, 2022, Defendant placed an order for essential oils from Plaintiff totaling $202,704.00 with delivery to Defendant's Torrance, California address.  A true and correct copy of the Purchase Order, No. PO04800, is attached hereto as **Exhibit A**.

50.     On or about April 25, 2022, pursuant to **Exhibit A**, Plaintiff's essential oils were delivered to Defendant's warehouse located in Bakersfield, California and accompanied by delivery receipts .  True and correct copies of the Delivery Receipts are attached hereto as **Exhibits B and C**.

51.     Defendant accepted Plaintiff's delivery of the essential oils without any objection, or notice of defect.

52.     To date, Defendant has failed to pay Plaintiff for the essential oils.

53.     On or about June 17, 2022, Defendant issued check No. 7435 in the amount of $198,736 as partial payment for Invoice No. PO04800.

54.     On or about June 23, 2022, Defendant's check No. 7435 was returned by Plaintiff's financial institution for insufficient funds.

55.     On or about September 9, 2022, pursuant to California Civil Code § 1719, a written demand for payment of: Invoice No. PO04800; bank fees associated with the declined check; and postage associated with the certified

mailing of demand letter was sent to Virgin Scent, Inc. dba Art Naturals at their Torrance location. A true and correct copy of the September 9, 2022 demand letter is attached hereto as **Exhibit D**.  According to United States Postal records this certified demand was delivered to Defendant on September 12, 2022 at 11:20 a.m. A true and correct copy of the United States Postal Services tracking records obtain from www.usps.gov is attached hereto as **Exhibit E**.

56.    To date, Defendant has not (a) paid (i) Invoice No. PO04800, (ii) Plaintiff's bank charges for the decline check, or (iii) postage expense associated with its September 9, 2022 demand for payment pursuant to California Civil Code § 1719 of the, or (b) responded to Plaintiff's September 9, 2022 demand letter within thirty (30) days after mailing of the written demand.

57.    Pursuant to Section California Civil Code § 1719, Plaintiff is entitled to collect from Defendant as damages: (a) treble the amount of the check ($794,978.80); (b) bank service charges ($20.00); and (c) costs to mail the written demand ($14.80).

## SIXTH CAUSE OF ACTION
### FRAUD

58.    Plaintiff repeats and realleges herein the allegations of the prior paragraphs as though the same was set forth here and again at this point.

59.    Defendant's representatives, Akivah Nourollah, Chief Financial Officer and Director, Yosef Nourollah, Chief Executive Officer and Director, and Osher Netkin, a Director of Defendant's corporation, represented on behalf of Defendant to Plaintiff that Defendant would pay for the product shipped pursuant to Purchase Order PO04800 before the order was fulfilled, and continued to make the same representation after issuing Check No. 7435 which was declined for insufficient funds.

60.    Defendant's representation was false, and remains false in the absence of complete payment to date.

61.     Defendant and its representatives knew that the representation was false when he made it, or Defendant and its representatives made the representations recklessly and without regard for its truth.

62.     Defendant intended that Plaintiff rely on the representation to obtain the product shipped pursuant to Purchase Order No. PO04800.

63.     Plaintiff reasonably relied upon Defendant's representation based upon the positions held by Akivah Nourollah, Chief Financial Officer and Director, Yosef Nourollah, Chief Executive Officer and Director, and Osher Netkin, Director, with the Defendant.

64.     Plaintiff was harmed for a value no less than 202,704.00.

65.     Plaintiff's reliance on Defendant's representation was a substantial factor in causing Plaintiff's harm.

## PRAYER FOR RELIEF

WHEREFORE, plaintiff prays judgment as follows:

1.     For an award of general, special and consequential damages, including interest at the maximum legal rate thereon, in an amount to be proven at trial, but in no event less than $795,013.60;

2.     For an award of punitive damages;

3.     For an award of costs and expenses of suit incurred herein;

4.     For an award of attorney's fees incurred herein, to the extent permitted by applicable law; and

For such other and further relief as the Court may deem just and proper.

Respectfully submitted,

Dated: November 11, 2022          **PLAGER SCHACK LLP**

By:     /s/ *Mark H. Plager*

**Mark H. Plager**
**Michael L. Schack**
***Attorneys for Plaintiff***
TRIGLAV-EDELVAIS USA LLC

**JURY DEMAND**

Plaintiff, TRIGLAV-EDELVAIS USA LLC, demands a trial by jury.

DATED: November 11, 2022                    **PLAGER SCHACK LLP**

By:    */s/ Mark H. Plager*

Mark H Plager
Michael L. Schack
Attorneys for Plaintiff
TRIGLAV-EDELVAIS USA LLC

# EXHIBIT A

Virgin Scent Inc. DBA Art Naturals

2390 Crenshaw Blvd, PMB #702

Torrance CA 90501

**Shipping address:**

Art Naturals

2390 Crenshaw Blvd, PMB #702

Torrance CA 90501

☎ 213-986-8562

Triglav

680 E Main Street #586

Stanford CT 06901

☎ 510-830-5382

# Purchase Order Confirmation #PO04800

**Our Order Reference:**
PO04800

**Your Order Reference:**
Oils

**Order Date:**
04/11/2022 18:18:20

**Payment Terms:**
Post 60 Day Check

| Description | Product Notes | Date Req. | Qty | Unit Price | Taxes | Amount |
|---|---|---|---|---|---|---|
| [ANDR-BERGAMOT] DRUM - Bergamot Oil | | 04/18/2022 18:18:20 | 360.00 / 0.00 1 kg | 137.8500000 | $ 0.00 | $ 49,626.00 |
| [ANDR-LEMONGRASS] DRUM - Lemongrass Oil | | 05/02/2022 18:18:20 | 900.00 / 0.00 1 kg | 34.0000000 | $ 0.00 | $ 30,600.00 |
| [ANDR-ROSEMARY] DRUM - Rosemary Oil | | 04/16/2022 18:18:20 | 900.00 / 0.00 1 kg | 48.0000000 | $ 0.00 | $ 43,200.00 |
| [ANDR-FRANKINCENSE] DRUM - Frankincense Oil | . | 04/16/2022 18:18:20 | 360.00 / 0.00 1 kg | 33.0000000 | $ 0.00 | $ 11,880.00 |

Virgin Scent Inc. DBA Art Naturals

2390 Crenshaw Blvd, PMB #702

Torrance CA 90501

| Description | Product Notes | Date Req. | Qty | Unit Price | Taxes | Amount |
|---|---|---|---|---|---|---|
| [ANDR-SWEETORANGE] DRUM - Sweet Orange Oil | | 04/16/2022 18:18:20 | 900.00 / 0.00 1 kg | 15.8000000 | $ 0.00 | $ 14,220.00 |
| [ANDR-TEATREE] DRUM - Tea Tree Oil | | 05/02/2022 18:18:20 | 1,260.00 / 0.00 1 kg | 38.0000000 | $ 0.00 | $ 47,880.00 |
| [ANSV-1068] FEE - Freight Charge | | 04/12/2022 16:32:47 | 1.00 / 0.00 Unit | 5,298.0000000 | $ 0.00 | $ 5,298.00 |

| | |
|---|---|
| **Subtotal** | $ 202,704.00 |
| Taxes | $ 0.00 |
| **Total** | $ 202,704.00 |

*CoA, MSDS, and GCMS required if applicable. *All Shipments Must Have a Packing Slip & the PO# Attached to EACH Pallet & Case. NEW POLICY: ALL TRUCK DRIVERS MUST HAVE OUR PURCHASE ORDER NUMBERS AVAILABLE WHEN ARRIVING TO OUR WAREHOUSE. DRIVERS WILL NOT BE LOADED WITHOUT PICKUP NUMBERS. WE WILL NOT BE RESPONSIBLE FOR DRY-RUN FEES FROM CARRIERS NOR CHARGE-BACKS FROM OUR CUSTOMERS. TRUCKING COMPANIES/BROKER WILL BE HELD ACCOUNTABLE. ~~~INTERNATIONAL VENDORS ARE REQUIRED TO SHIP EXTRA 100PC SHIPPING BOXES FOR ALL ORDERS IN CASE OF DAMAGES.~~~

# EXHIBIT B



**SAIA JUST AIR**

**DELIVERY RECEIPT**

PRO NUMBER **77019683110-2**

770196683110-2

158
4/29 1

| DATE | SHIPPER # | BL # | | ORIGIN | DEST |
|------|-----------|------|--|--------|------|
| 4/25/22 | NS | 3742086 | | LOU | BAK |

PO # NS

| | TRAILER | DOOR/BI/SEQ |
|--|---------|-------------|
| -MISC | 292676 | 1 |

| CHKR | PCS | TRLR/BAY | CHKR | PCS | TRLR/BAY |
|------|-----|----------|------|-----|----------|
|      | 014 |          |      |     |          |

ROUTE, CARRIER, SCAC, DATE, NUMBER

VIRGIN SCENTS
120 WASHINGTON ST
DBA ART NATURALS
BAKERSFIELD, CA 93307

SEKO WORLDWIDE
1017 INDUSTRIAL BLVD
LOUISVILLE, KY 40219

| HU | HM | DESCRIPTION | | CLASS | WEIGHT | RATE | CHARGES |
|----|----|-------------|--|-------|--------|------|---------|
| | | 63820631 502961920B | SPN ØP2 PW2 AI7 LC0 EBE | | | | |
| | | ADDITIONAL WEIGHT | | C55 | 262 | | |
| 1 | X | PT UN1169, EXTRACTS, AROMATIC, LIQUID, 3, PG III | | | 1,750 | | |
| 1 | X | PT UN1169, EXTRACTS, AROMATIC, LIQUID, 3, PG III | | | 1,750 | | |
| 1 | X | PT UN3082, ENVIRONMENTALLY HAZARDOUS SUBSTANCES, LIQUID, N.O.S. 9, PG III | | | 1,750 | | |
| 1 | X | PT UN1169, EXTRACTS, AROMATIC, LIQUID, 3, PG III | | | 1,750 | | |
| | | <<CONTINUED ON THE NEXT PAGE>> | | | | | |

STRETCH WRAP INTACT EXCEPT AS NOTED ABOVE
PALLETS

DRIVER

PCS                SEAL                DATE                HU
                                    5/2/22

LIFTGATE
SORT & SEGREGATE
HAND UNLOAD
INSIDE DELIVERY

16 DRMS

PRINT NAME & COMPANY

RECEIVERS SIGNATURE     Franklin S Baca

THIS FREIGHT BILL MAY BE SUBJECT TO FURTHER DISCOUNTS OR ALLOWANCES
COD AMOUNT                                      DRIVER COLLECT

RECEIVED THE ABOVE DESCRIBED SHIPMENT IN GOOD CONDITION EXCEPT AS NOTED

14

**SAIA** JUST ASK

DELIVERY RECEIPT

PRO NUMBER
**77019683110-2**

| DATE | SHIPPER # | | ORIGIN | DEST |
|------|-----------|--|--------|------|
| 4/25/22 | BL # NS 3742086 | -MISC | LOU | BAK |

PO # NS

VIRGIN SCENTS
8120 WASHINGTON ST
DBA ART NATURALS
BAKERSFIELD, CA 93307

SEKO WORLDWIDE
1017 INDUSTRIAL BLVD
LOUISVILLE, KY 40219          5029619208

| | TRAILER | DOOR/SEQ |
|--|---------|----------|
| | 292676 | 1 |

| CHKR | PCS | TRLR/BAY | CHKR | PCS | TRLR/BAY |
|------|-----|----------|------|-----|----------|
| | 014 | | | | |

77019683110-2
ROUTE, CARRIER, SCAC, DATE, NUMBER

158
4/29  1

| HU | HM | DESCRIPTION | CLASS | WEIGHT | RATE | CHARGES |
|----|----|-----|-------|--------|------|---------|
| | | 63820631 ADDITIONAL WEIGHT | | 262 | | |
| 1 | X | PT UN1169, EXTRACTS, AROMATIC, LIQUID, 3, PG III | C55 | 1,750 | | |
| 1 | X | PT UN1169, EXTRACTS, AROMATIC, LIQUID, 3, PG III | | 1,750 | | |
| 1 | X | PT UN3082, ENVIRONMENTALLY HAZARDOUS SUBSTANCES, LIQUID, N.O.S. 9, PG III | | 1,750 | | |
| 1 | X | PT UN1169, EXTRACTS, AROMATIC, LIQUID, 3, PG III | | 1,750 | | |
| | | <<CONTINUED ON THE NEXT PAGE>> | | | | |

| DRIVER | PCS | SEAL | DATE | TID |
|--------|-----|------|------|-----|
| | | | 5/2/22 | |

STRETCH WRAP INTRAY EXCEPT AS NOTED ABOVE
# PALLETS

LIFTGATE   SORT & SEGREGATE
HAND UNLOAD
INSIDE DELIVERY

PRINT NAME & COMPANY: Franklin J Baca

RECEIVER'S SIGNATURE

RECEIVED THE ABOVE DESCRIBED SHIPMENT IN GOOD CONDITION EXCEPT AS NOTED

THIS FREIGHT BILL MAY BE SUBJECT TO FURTHER DISCOUNTS OR ALLOWANCES
COD AMOUNT          DRIVER COLLECT

# EXHIBIT C



SAIA
JUST AXE

DELIVERY RECEIPT

PRO NUMBER
7701973197O-2

DATE 4/27/22

SHIPPER # NS
B/L # 3744091

ORIGIN LOU   DEST BAK

PO # NS

-MISC

ROUTE, CARRIER, SCAC, DATE, NUMBER
7701973197O-2

DRIVER

SHIP
S
T
O
P
G
E
T

@VIRGIN SCENTS
S120 WASHINGTON ST
@BAKERSFIELD, CA 93307

SEKO WORLDWIDE
1017 INDUSTRIAL BLVD
@LOUISVILLE, KY 40219

TRAILER 283826   1-DOOR/SEO NXTR 1 O

| HU | HM | DESCRIPTION | | CLASS | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|---|---|---|
| 1 | X | PT UN1169, EXTRACTS, AROMATIC, LIQUID, 3, PG III 'TERPENE HYDROCARBONS, N.O.S., AUSTRALIAN TEA TREE OIL | 502961920B | | 1,750 | | |
| 1 | X | PT UN1169, EXTRACTS, AROMATIC, LIQUID, 3, PG III 'TERPENE HYDROCARBONS, N.O.S., AUSTRALIAN TEA TREE OIL | | | 1,313 | | |
| 1 | X | PT UN1169, EXTRACTS, AROMATIC, LIQUID, 3, PG III 'TERPENE | | | 1,313 | | |
| | | <<CONTINUED ON THE NEXT PAGE>> | | | | | |

THIS FREIGHT BILL MAY BE SUBJECT TO FURTHER DISCOUNTS OR ALLOWANCES
COD AMOUNT                    DRIVER COLLECT

| PCS | SEAL | DATE | HU |
|---|---|---|---|
| 3 | 5/5 | | |

STRETCH WRAP INTACT EXCEPT AS NOTED ABOVE
PALLETS ____

LIFTGATE
SORT & SEGREGATE
HAND UNLOAD
INSIDE DELIVERY

PRINT NAME & COMPANY

RECEIVERS SIGNATURE

RECEIVED THE ABOVE DESCRIBED SHIPMENT IN GOOD CONDITION EXCEPT AS NOTED

CHKR   PCS   TRLR/BAY   CHKR   PCS   TRLR/BAY

7701973197O-2   96   5/03 1

# EXHIBIT D

 **PLAGERSCHACK LLP**

16152 Beach Boulevard, Suite 207
Huntington Beach, California 92647
Telephone:      714-698-0601
Facsimile:      714-698-0608
www.PlagerSchack.com

September 9, 2022

**Priority Mail Return Request Receipt**

Virgin Scent Inc. dba Art Naturals
2390 Crenshaw Blvd, PMB #702
Torrance, CA 90501

      **Re:**    **Collection of Past Due Account**
             Creditor: Triglav-Edevais USA
             Invoiced Amount : $202,704.00

Dear Sir or Ma'am:

This letter is an attempt by a law firm to collect a debt owed by you to our client, Triglav-Eddelvais USA.  A copy of the outstanding invoice is enclosed herewith for your ready reference.  This is a very serious matter which requires your attention especially in view that you issued fraudulent checks which you have not voluntarily corrected.

Unless full payment of the outstanding balance, $202,704, is received in cash within 30 days after the date this demand letter was mailed, together with $20.00 in bank fees, and $14.80, for a total of the cost of mailing this demand letter by certified mail, this matter will be escalated to litigation in federal court.

If a lawsuit is initiated to collect the sums owed, the claim will also request damages for the amount of the bounced check, $198,736, plus $ 596,208 as damages assessed at three times the amount of the check pursuant to California Civil Code section 1719, for a total claim of $794,978.80 against you.  In addition, the creditor will further seek recoupment of their legal fees for the prosecution of any legal action to collect this debt.

Please remit your payment to undersigned counsel.

                                 Very truly yours,
                                 **PLAGER SCHACK LLP**

MHP/fc
Encl.
cc: Client w/Encl.

                                 Mark H. Plager, Esq.



Virgin Scent Inc. DBA Art Naturals

2390 Crenshaw Blvd, PMB #702

Torrance CA 90501

**Shipping address:**

Art Naturals

2390 Crenshaw Blvd, PMB #702

Torrance CA 90501

📞 213-986-8562

Triglav

680 E Main Street #586

Stanford CT 06901

📞 510-830-5382

# Purchase Order Confirmation #PO04800

| **Our Order Reference:** | **Your Order Reference:** | **Order Date:** |
|---|---|---|
| PO04800 | Oils | 04/11/2022 18:18:20 |

**Payment Terms:**

Post 60 Day Check

| Description | Product Notes | Date Req. | Qty | Unit Price | Taxes | Amount |
|---|---|---|---|---|---|---|
| [ANDR-BERGAMOT] DRUM - Bergamot Oil | | 04/18/2022 18:18:20 | 360.00 / 0.00 1 kg | 137.8500000 | $ 0.00 | $ 49,626.00 |
| [ANDR-LEMONGRASS] DRUM - Lemongrass Oil | | 05/02/2022 18:18:20 | 900.00 / 0.00 1 kg | 34.0000000 | $ 0.00 | $ 30,600.00 |
| [ANDR-ROSEMARY] DRUM - Rosemary Oil | | 04/16/2022 18:18:20 | 900.00 / 0.00 1 kg | 48.0000000 | $ 0.00 | $ 43,200.00 |
| [ANDR-FRANKINCENSE] DRUM - Frankincense Oil | . | 04/16/2022 18:18:20 | 360.00 / 0.00 1 kg | 33.0000000 | $ 0.00 | $ 11,880.00 |



Virgin Scent Inc. DBA Art Naturals

2390 Crenshaw Blvd, PMB #702

Torrance CA 90501

| Description | Product Notes | Date Req. | Qty | Unit Price | Taxes | Amount |
|---|---|---|---|---|---|---|
| [ANDR-SWEETORANGE] DRUM - Sweet Orange Oil | | 04/16/2022 18:18:20 | 900.00 / 0.00 1 kg | 15.8000000 | $ 0.00 | $ 14,220.00 |
| [ANDR-TEATREE] DRUM - Tea Tree Oil | | 05/02/2022 18:18:20 | 1,260.00 / 0.00 1 kg | 38.0000000 | $ 0.00 | $ 47,880.00 |
| [ANSV-1068] FEE - Freight Charge | | 04/12/2022 16:32:47 | 1.00 / 0.00 Unit | 5,298.0000000 | $ 0.00 | $ 5,298.00 |

| | |
|---|---|
| **Subtotal** | $ 202,704.00 |
| Taxes | $ 0.00 |
| **Total** | $ 202,704.00 |

*CoA, MSDS, and GCMS required if applicable. *All Shipments Must Have a Packing Slip & the PO# Attached to EACH Pallet & Case. NEW POLICY: ALL TRUCK DRIVERS MUST HAVE OUR PURCHASE ORDER NUMBERS AVAILABLE WHEN ARRIVING TO OUR WAREHOUSE. DRIVERS WILL NOT BE LOADED WITHOUT PICKUP NUMBERS. WE WILL NOT BE RESPONSIBLE FOR DRY-RUN FEES FROM CARRIERS NOR CHARGE-BACKS FROM OUR CUSTOMERS. TRUCKING COMPANIES/BROKER WILL BE HELD ACCOUNTABLE. ~~~INTERNATIONAL VENDORS ARE REQUIRED TO SHIP EXTRA 100PC SHIPPING BOXES FOR ALL ORDERS IN CASE OF DAMAGES.~~~

# EXHIBIT E

# USPS Tracking®

FAQs >

## Track Another Package  +

**Tracking Number:** 70180360000210557285

Remove ✕

Your item was delivered to an individual at the address at 11:20 am on September 12, 2022 in TORRANCE, CA 90501.

**USPS Tracking Plus® Available** ⌄

## ✓ Delivered, Left with Individual

September 12, 2022 at 11:20 am
TORRANCE, CA 90501

Feedback

**Get Updates** ⌄

---

**Text & Email Updates**                                                   ⌄

---

**Tracking History**                                                       ⌃

**September 12, 2022, 11:20 am**
Delivered, Left with Individual
TORRANCE, CA 90501
Your item was delivered to an individual at the address at 11:20 am on September 12, 2022 in TORRANCE, CA 90501.

---

**September 11, 2022, 11:32 am**
Departed USPS Regional Facility
LOS ANGELES CA DISTRIBUTION CENTER

---

**September 10, 2022, 7:29 pm**
Arrived at USPS Regional Facility
LOS ANGELES CA DISTRIBUTION CENTER

---

**USPS Tracking Plus®**                                                        ⌄

**Product Information**                                                        ⌄

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback