```
 1  Mark Plager, 192259
    (714)698-0601
 2  Plager Schack, LLP
    16152 Beach Blvd., Suite 207,
 3  Huntington Beach, CA 92647
 4  Representing: Petitioner
 5
 6
 7
 8              United States District Court, Central District of California
 9         Central District of California - District - Los Angeles - First Street
10
11
12  TRIGLAV-EDELVAIS USA LLC
                                          )       Case No. 2:22-cv-08362
13                                        )
                                          )       Proof of Service of:
14         Plaintiff/Petitioner           )
                                          )          COMPLAINT, CIVIL CASE COVER SHEET,
15              vs.                       )          NOTICE OF INTERESTED PARTIES, NOTICE
                                          )          OF ASSIGNMENT, NOTICE OF PARTIES
16  VIRGIN SCENT INC dba ART NATURALS     )          DIRECTED TO Alternative Dispute Resolution
                                          )          Package, NOTICE RE CONSENT TO MAG.
17         Defendant/Respondent           )          JUDGE, SUMMONS
                                          )
18  _____)       Service on:
19                                                    Virgin Scent Inc., dba ART NATURALS, a
20                                                    California corporation
21
22
23
24
25
26
27
28
```

PROOF OF SERVICE

OL#19333905

| | | |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>Mark Plager, 192259<br>Plager Schack, LLP<br>16152 Beach Blvd., Suite 207,<br>Huntington Beach, CA 92647 | TELEPHONE NO.:<br>(714)698-0601 | FOR COURT USE ONLY |
| ATTORNEY FOR (Name): Petitioner | Ref. No. or File No. | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Central District of California
350 W. First Street
Los Angeles, CA 90012

PLAINTIFF:
TRIGLAV-EDELVAIS USA LLC

DEFENDANT:
VIRGIN SCENT INC dba ART NATURALS

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>2:22-cv-08362 |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

COMPLAINT, CIVIL CASE COVER SHEET, NOTICE OF INTERESTED PARTIES, NOTICE OF ASSIGNMENT, NOTICE OF PARTIES DIRECTED TO Alternative Dispute Resolution Package, NOTICE RE CONSENT TO MAG. JUDGE, SUMMONS

2. Party Served: Virgin Scent Inc., dba ART NATURALS, a California corporation

3. Person Served: YOSEF NOUROLLAH - Person Authorized to Accept Service of Process

a. Left with: John DOE (M/MR/270#+/25-35y/5'5-6') - Person In Charge Of Office

4. Date & Time of Delivery: 11/21/2022    6:26PM

5. Address, City and State: 16325 S Avalon Blvd
Gardena, CA 90248

6. Manner of Service: By leaving the copies with or in the presence of John DOE (M/MR/270#+/25-35y/5'5-6'), (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 158.75

Registered California process server.
County: Los Angeles
Registration No.: 2021130336
Sergio Garcia
One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 11/28/2022 at Petaluma, California.

Signature: 

Sergio Garcia

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO. | | FOR COURT USE ONLY |
|---|---|---|---|---|
| Mark Plager, 192259<br>Plager Schack, LLP<br>16152 Beach Blvd., Suite 207,<br>Huntington Beach, CA 92647 | | (714)698-0601 | | |
| | | Ref. No. or File No. | | |
| ATTORNEY FOR (Name): Petitioner | | | | |
| Insert name of court, judicial district or branch court, if any:<br>United States District Court, Central District of California<br>350 W. First Street<br>Los Angeles, CA 90012 | | | | |
| PLAINTIFF:<br>TRIGLAV-EDELVAIS USA LLC | | | | |
| DEFENDANT:<br>VIRGIN SCENT INC dba ART NATURALS | | | | |
| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>2:22-cv-08362 |

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 11/28/2022, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

COMPLAINT, CIVIL CASE COVER SHEET, NOTICE OF INTERESTED PARTIES, NOTICE OF ASSIGNMENT, NOTICE OF PARTIES DIRECTED TO Alternative Dispute Resolution Package, NOTICE RE CONSENT TO MAG. JUDGE, SUMMONS

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

Virgin Scent Inc., dba ART NATURALS, a California corporation

YOSEF NOUROLLAH

16325 S Avalon Blvd

Gardena, CA 90248

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 158.75

Melissa Berry
One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 11/28/2022 at Petaluma, California.

*MBerry*

Melissa Berry

OL#:   19333905