JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIGLAV-EDELVAIS USA LLC | Case No. CV 22-8362 FMO (PVCx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| VIRGIN SCENT INC, | |
| Defendant. | |

Pursuant to the Order Re: Motion for Default Judgment, IT IS ADJUDGED THAT judgment in the above-captioned action be entered in favor of plaintiff Triglav-Edelvais USA LLC and against defendant Virgin Scent Inc., doing business as Art Naturals, in the total amount of two-hundred and four thousand, two-hundred and four dollars ($204,204.00).

Dated this 20th day of June, 2023.

/s/
Fernando M. Olguin
United States District Judge